FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 APR 22 AM 8:49

GREGORY C. LANGHAM
CLERK

_____ DEP. CLK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ASCENDIANT CAPITAL GROUP, LLC, | CASE NO. **10-RJ-0007** |
|---|---|
| Plaintiff(s) | SACV 07-1286 JVS (ANx) |
| v. | |
| TODD L. SMITH, et al. | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| Defendant(s) | |

I _____Terry Nafisi_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 07/20/2009
                                                                              Date

as it appears in the record of this court, and that* *(see below)*

An appeal from this judgment has been filed pertaining to additional recovery by Plaintiff, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on July 20, 2009

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on ___NOV - 6 2009___
                                                                                Date

**TERRY NAFISI**
CLERK, U.S. DISTRICT COURT

By: _____ROLLS ROYCE PASCHAL_____
                                    Deputy Clerk

* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

CHRISTOPHER L. DIENER, ESQ.: SBN 187890
THE DIENER LAW FIRM
18881 Von Karman Ave., 16th Floor
Irvine, California 92612
Telephone,   (949) 259-4985
Facsimile,   (949) 660-0342

Attorney for Plaintiffs,
Ascendiant Capital Group, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ASCENDIANT CAPITAL GROUP, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> TODD L. SMITH, and SUMMIT CAPITAL AND DEVELOPMENT, LLC.; and DOES 1 to 50, inclusive, <br><br> Defendants <br><br> SUMMIT CAPITAL DEVELOPMENT, LLC. <br><br> Cross Claimant <br> vs. <br><br> ASCENDIANT CAPITAL GROUP, LLC. <br><br> Counter Defendant | Case No.: SACV 07-1286 JVS (ANx) <br><br> Assigned to Honorable: <br> James V. Selna <br><br><br> JUDGMENT |

JUDGMENT

-1-

| | |
|---|---|
| TODD R. SMITH, and SUMMIT CAPITAL AND DEVELOPMENT, LLC | ) ) ) |
| Third Party Plaintiffs, vs. | ) ) ) ) |
| EDWARD P. OWENS, | ) ) ) |
| Third Party Defendant. | ) ) ) |

On February 10, 2009, this action came on for trial before the Honorable James V. Selna. The matter was submitted to the jury, and, on February 12, 2009, according to the instructions given to the jury, the jury returned its verdict and answered certain questions propounded to the jury were consistent and in accordance with that amended verdict form and the jury's answers to interrogatories,

IT IS ADJUDGED that:

1. Plaintiff, ASCENDIANT CAPITOL GROUP, LLC., recovers from defendant, SUMMIT CAPITOL AND DEVELOPMENT GROUP, LLC., the total sum of $357,500.00 on ASCENDIANT CAPITOL GROUP, LLC.'S claims for Breach of Contract and Common Count and on ASCENDIANT CAPITOL GROUP, LLC'S claims for Breach of Contract and Common Count.

2. Defendant SUMMIT CAPITOL AND DEVELOPMENT GROUP, LLC., recovers from plaintiff ASCENDIANT CAPITOL AND DEVELOPMENT GROUP, LLC., the total sum of $143,000.00, on SUMMIT CAPITOL AND DEVELOPMENT GROUP, LLC.'S claim for Breach of Contract only.

3. In addition to damages, parties are to file any necessary motions for attorney fees and costs.

4. This judgment will bear interest at the legal rate for judgment specified by the law of the State of California from this date until the date that the judgment is satisfied.

Dated: March 03, 2009

*[signature]*

James V. Selna
United States District Judge

I hereby attest and certify on 3-2-2010 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1090